1

2                    **UNITED STATES DISTRICT COURT**

3                          **DISTRICT OF NEVADA**

4                                    * * *

5    STEVE CHUNG-MING WONG, M.D.,      )
                                       )
6                    Plaintiff,        )
                                       )
7    v.                                )     2:10-cv-00249-KJD-LRL
                                       )
8    SUNRISE MOUNTAINVIEW HOSPITAL, INC., )     **O R D E R**
     *et. al.*,                        )
9                                      )
                                       )
10                   Defendants.       )
     _____)

11

12          Before the court is defendant's Motion to Stay Discovery and Stay Compliance With Fed. R.Civ.

13   P. 26 and LR 26-1 as to Federal Defendant (#12).  No response to the motion has been filed.  Defendant

14   seeks a stay of discovery "until such time as the Court rules on the Federal Defendant's Motion to

     Dismiss (#5)."  Although the parties have held a Rule 26(f) conference, the parties are not currently
15
     engaged in discovery nor has a scheduling order issued. Hence, a stay of discovery will not prejudice
16
     the parties.  Additionally, the Motion to Stay (#12) is unopposed.  "Failure to file points and authorities
17
     in opposition to a motion is consent to its granting."  LR 7-2(d).
18
            Accordingly, and for good cause otherwise shown,
19
            IT IS ORDERED that defendant's Motion to Stay Discovery and Stay Compliance With Fed.
20
     R.Civ. P. 26 and LR 26-1 as to Federal Defendant (#12) is granted.  Discovery proceedings are hereby
21
     stayed pending further order of the court.
22
            DATED this 26th day of October, 2010.
23

24

25                                     _____
                                       **LAWRENCE R. LEAVITT**
26                                     **UNITED STATES MAGISTRATE JUDGE**