# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVE CHUNG-MING WONG, M.D.,

    Plaintiff,

v.

SUNRISE MOUNTAIN VIEW HOSPITAL, INC., et al.,

    Defendants.

Case No. 2:10-CV-00249-KJD-GWF

**ORDER**

    Currently pending before this Court is Defendant Sunrise Mountain View Hospital, Inc.'s ("Sunrise") Motion to Seal (#10), to which no responsive pleadings were filed. Additionally before the Court is Defendant Sunrise's Motion for Status Conference (#11). On February 26, 2011, this Court issued an Order granting Defendant United States Department of Health and Human Services' ("HHS") Motion to Dismiss, thereby dismissing all of Plaintiff's federal claims—claims over which this Court had original jurisdiction. (See #15).[1]

    A district court has discretion to decline to exercise supplemental jurisdiction over a claim if all claims over which it has original jurisdiction have been dismissed or if the claim raises a novel or

---

[1] This case was originally filed in state court, and removed to federal court by HHS on February 22, 2010, pursuant to 28 U.S.C. § § 1441(a), (b), and 1442(a)(1).

complex issue of state law. See 28 U.S.C. § 1367(c). Per its order of February 26, 2011, this Court has dismissed all claims in this case over which it had original jurisdiction. Here, the Court declines to exercise its supplemental jurisdiction over Plaintiff's state law claims, and remands the case to state court.

Accordingly, **IT IS HEREBY ORDERED** that this action is remanded to state court for resolution of Plaintiff's remaining claims.

**IT IS FURTHER ORDERED** that Defendant Sunrise Mountain View Hospital, Inc.' Motion to Seal (#10) is **DENIED**, as moot.

**IT IS FURTHER ORDERED** that Defendant Sunrise's Motion for Status Conference (#11), is **DENIED**, as moot.

DATED this 18th day of March, 2011.

_____
Kent J. Dawson
United States District Judge